

**Daniella Gordon**
Partner

T. 215-979-3812
F. 212-988-4336

dgordon@mccarter.com

McCarter & English, LLP

1600 Market Street
Suite 3900
Philadelphia, PA 19103-7501

www.mccarter.com

May 5, 2025

**VIA ECF**

The Honorable Andre M. Espinosa, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St., Court Room MLK 2D
Newark, NJ 07102

**ORDER**

Re:   *Farina, et al. v. Omari*
      **Case No. 2:24-cv-11098-SDW-AME**

Dear Judge Espinosa:

This letter serves to confirm, per the parties' conference with the Court on March 10, 2025, that the pending Motion for an Order to Show Cause, DE 9, filed by Defendant on February 14, 2025, is rendered moot as a result of Plaintiffs' Amended Complaint, filed on February 27, 2025. DE 14. The Defense reserves all rights with respect to further motion practice pursuant to N.J.S.A. 2A:53A-49 et seq ("UPEPA"). Plaintiffs maintain that the Defense does not have rights under UPEPA and reserve all rights with respect to same.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Daniella Gordon

DG:dkr

cc:   Derek Smith, Esq. (*via* ECF)

        **SO ORDERED.** May 6, 2025

        */s/ André M. Espinosa*
        ANDRÉ M. ESPINOSA
        United States Magistrate Judge

The Clerk of Court is directed to terminate D.E. 9 as MOOT.